## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ASTUTE TECHNOLOGY, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Case No. 1:15-cv-00822-LO-MSN** |
| | § | |
| DIGITELL INC., | § | |
| | § | |
| *Defendant.* | § | |

## STIPULATED DISMISSAL ORDER

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Astute Technology, LLC ("Astute") and defendant Digitell Inc. ("Digitell") that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action will be, and hereby are, dismissed with prejudice.

Astute and Digitell represent and agree that they have entered into a confidential settlement agreement; and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

ENTERED this 21st day of July 2015.

_____
Liam O'Grady
United States District Judge

Agreed To and Accepted By:

Dated: July 8th , 2015                                    Dated: July  8 , 2015

_____         _____

Arthur I. Navarro                                        Michael J. Berchou
Navarro Law Ofice, PC                                    PHILLIPS LYTLE LLP
Texas State Bar No. 0792013                              One Canalside
P.O. Box 16851                                           125 Main Street
Irving, TX 75016                                         Buffalo, New York  14203
Tel: (214) 769-3917                                      Tel: (716) 847-8400
art@navaroiplaw.com                                      mberchou@phillipslytle.com

*Attorneys for Plaintiff Astute Technology, LLC*         *Attorneys for Defendant Digitell Inc.*